ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARVIN LINZEY LOWE, JR., | ) |
| Plaintiff-Appellant, | ) |
| vs. | ) CV405-052 (CR401-169) |
| | ) USCA No. 05-12260-G |
| UNITED STATES OF AMERICA | ) |
| Defendant-Appellee. | ) |

## ORDER

The United States Court of Appeals for the Eleventh Circuit having dismissed the above-referenced appeal for want of prosecution because the appellant has failed to pay the $255.00 filing fees,

**IT IS HEREBY ORDERED** that the Order of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this 18th day of May, 2005.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

MARVIN LINZEY LOWE, JR. )

vs ) CASE NUMBER CV405-052 (CR401-169)

UNITED STATES OF AMERICA ) DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated May 19, 2005 , which is part of the official record of this case.

Date of Mailing: May 19, 2005

Date of Certificate ☐ same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

Name and Address

Marvin Llinzey Lowe, Jr., Federal Correctional Institution, P.O. Box 699, Estill, SC 29918
Amy Lee Copeland, U.S. Attorney's Office, P.O. Box 8970, Savannah, GA 31412

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate